## POOLE *et al.* v. HIGGINS.

No. 3482.   Opinion Filed October 13, 1914.

(143 Pac. 606.)

**APPEAL AND ERROR—Settlement of Controversy—Dismissal of Appeal.** Where, prior to the determination of a proceeding in error in this court, it becomes known to the court that the controversy has been fully settled and determined, and this fact is admitted by counsel, the appeal will be dismissed.

(Syllabus by Sharp, C.)

*Error from District Court, Carter County;*

*S. H. Russell, Judge.*

Action by W. P. Higgins against E. R. Poole and others. Judgment for plaintiff, and defendants bring error.   Dismissed.

*H. A. Ledbetter,* for plaintiffs in error.

*W. I. Cruce,* for defendant in error.

Opinion by SHARP, C.   This case presents error from the district court of Carter county.   Since the filing of the petition in error in this court it has come to the knowledge of the court, and it is admitted by counsel, that the parties have fully settled their differences, and that therefore the controversy between them has been determined.   This being true, the court will not consider the questions of law involved, but will dismiss the appeal at the cost of the plaintiffs in error.   *Price et al v. Board of Commissioners,* 8 Okla. 121, 56 Pac. 959; *Smith v. Boatman,* 29 Okla. 818, 120 Pac. 599.

By the Court:   It is so ordered.